**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 12-2563

———————————

SHARON THOMAS,

          Plaintiff - Appellant,

     v.

DUKE UNIVERSITY; DUKE UNIVERSITY MEDICAL SYSTEM; RICHARD H.
BROADHEAD; VICTOR J. DZAU, MD; DUKE UNIVERSITY HEALTH SYSTEM
INC.; DUKE UNIVERSITY BOARD OF TRUSTEES,

          Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Frank D. Whitney,
District Judge. (3:11-cv-00387-FDW-DCK)

———————————

Submitted:  February 26, 2013          Decided:  February 28, 2013

———————————

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Sharon Thomas, Appellant Pro Se.  Charles Matthew Keen, Michael
Douglas McKnight, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC,
Raleigh, North Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sharon Thomas appeals the district court's orders dismissing her complaint alleging discriminatory hiring practices and denying her Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant Thomas leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Thomas v. Duke Univ., No. 3:11-cv-00387-FDW-DCK (W.D.N.C. Nov. 28, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED